No. 81–2101.  PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL.  C. A. 3d Cir.  [Certiorari granted, 457 U. S. 1131.]  Motion of respondents to dismiss the writ of certiorari as improvidently granted is denied.

No. A–188 (83–5432).  BALDWIN *v.* MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY, ET AL.  C. A. 5th Cir. Application for stay of execution of the sentence of death scheduled for October 6, 1983, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending this Court's final action on the petition for writ of certiorari.